

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2019

No. 04-19-00168-CV

**IN THE INTEREST OF Y.M.L., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02836
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On July 15, 2019, we abated this appeal and remanded the cause to the trial court to rule on court-appointed appellate counsel Gerald Uretsky's motion to withdraw because parts of the record are in Spanish, Appellant speaks only Spanish, and counsel does not read or speak Spanish.

On remand, the trial court granted Gerald Uretsky's motion to withdraw and appointed Shawn Sheffield in his stead.

We REINSTATE the appellate timetable. Appellant's brief is due within TWENTY DAYS of the date of this order.

We urge counsel to file Appellant's brief as soon as practicable. Absent extreme circumstances, no extensions of time to file Appellant's brief will be granted.[1]

_____
Patricia O. Alvarez, Justice

---

[1] The child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). To protect the child, this court must render its decision "with the least possible delay," and any further delays in this appeal will not only hinder this court in its duty but may adversely affect the child. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a)).

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court